**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> Charles Wilson <br><br> Debtor(s) | Case No. 16 B 40646 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>12/29/2016</u>.

2) The plan was confirmed on <u>03/29/2017</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>04/18/2018</u>.

5) The case was Dismissed on <u>06/27/2018</u>.

6) Number of months from filing to last payment: <u>17</u>.

7) Number of months case was pending: <u>22</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>NA</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,069.00 |
| Less amount refunded to debtor | $34.85 |
| **NET RECEIPTS:** | **$9,034.15** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,970.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $401.57 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,371.57** |
| Attorney fees paid and disclosed by debtor: | $30.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Amc Mortgage Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Capital One, N.a. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Capital One, N.a. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chrysler Financial/TD Auto Finance | Secured | 815.01 | 0.00 | 815.01 | 782.15 | 36.28 |
| Citibank/The Home Depot | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,183.41 | 2,464.94 | 2,464.94 | 0.00 | 0.00 |
| City of Chicago Department of Water | Secured | 1,783.68 | 2,087.51 | 2,087.51 | 992.21 | 0.00 |
| Commonwealth Edison Company | Unsecured | 845.00 | 1,217.37 | 1,217.37 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 5,000.00 | 0.00 | 5,000.00 | 2,376.57 | 0.00 |
| Credit One Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 586.80 | NA | NA | 0.00 | 0.00 |
| Harley Davidson Credit | Unsecured | 1.00 | 18,522.18 | 18,522.18 | 0.00 | 0.00 |
| Heights Finance Corp | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Heights Finance Corp | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 1,012.17 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 144.00 | 232.93 | 232.93 | 0.00 | 0.00 |
| LHR Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Macy's | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Mcydsnb | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bk | Unsecured | 2,813.22 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 3,933.22 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Municollofam | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ncofin/sst | Unsecured | 2,144.31 | NA | NA | 0.00 | 0.00 |
| Nordstrom | Unsecured | 722.00 | NA | NA | 0.00 | 0.00 |
| Nordstrom FSB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,368.71 | 1,368.71 | 1,368.71 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1.00 | 1,021.95 | 1,021.95 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 983.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 843.19 | 843.19 | 0.00 | 0.00 |
| Quantum3 Group | Secured | 1,843.00 | 1,843.19 | 1,000.00 | 475.37 | 0.00 |
| Resmae Mortgage Corpor | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Resmae Mortgage Corpor | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sst/columbus Bank&trus | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TCF Financial | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Zale/Sterling Jewelers | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $815.01 | $782.15 | $36.28 |
| All Other Secured | $8,087.51 | $3,844.15 | $0.00 |
| **TOTAL SECURED:** | **$8,902.52** | **$4,626.30** | **$36.28** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,171.27** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,371.57 |
| Disbursements to Creditors | $4,662.58 |
| **TOTAL DISBURSEMENTS :** | **$9,034.15** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/22/2018          By: /s/ Marilyn O. Marshall
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**